| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar #258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
JEFFREY LEE GENTRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00094 LJO-1 |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE SENTENCING |
| | ) | HEARING; ORDER |
| v. | ) | |
| | ) | Date: January 9, 2012 |
| JEFFREY LEE GENTRY, | ) | Time: 1:00 p.m. |
| | ) | Judge: The Honorable Lawrence J. O'Neill |
| *Defendant.* | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KAREN ESCOBAR, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, JEFFREY LEE GENTRY, that the date for the sentencing hearing may be continued to January 9, 2012, or the soonest date thereafter that is convenient to the Court. **The date currently set for sentencing is December 5, 2011. The requested new date is January 9, 2012.**

The parties request this extension because the Office of Probation inadvertently failed to reply to Mr. Gentry's informal objections consistent with the objection schedule, and the defense requires Probation's position before filing its formal objections with the Court. The specific date of January 9th was chosen due to conflicts with both counsels' trial and vacation schedules prior to that date.

///

Mr. Gentry has already entered a guilty plea, so no speedy-trial rights are implicated.

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney

DATED: November 28, 2011                    By  /s/ Karen Escobar
                                                        KAREN ESCOBAR
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff


                                                        DANIEL J. BRODERICK
                                                        Federal Defender

DATED: November 28, 2011                    By  /s/ Jeremy S. Kroger
                                                        JEREMY S. KROGER
                                                        Assistant Federal Defender
                                                        Attorney for Defendant
                                                        JEFFREY LEE GENTRY


## **ORDER**

The sentencing hearing currently scheduled for December 5, 2011 is continued until January 9, 2012. Good cause is stated.

IT IS SO ORDERED.

**Dated: November 28, 2011**                 /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE