BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00094 LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JEFFREY LEE GENTRY, | |
| Defendant. | |

WHEREAS, on September 27, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Jeffrey Lee Gentry, in the following property:

      a.    A Class IIIb Laser seized from Jeffrey Lee Gentry by law enforcement on November 6, 2010.

AND WHEREAS, beginning on October 8, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jeffrey Lee Gentry.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The United States Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **January 27, 2012**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE